CONSUMER LITIGATION LAW CENTER, APC

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY S. SHUPE, aka JEFFREY S. SHUPE, an individual; OLIVIA J. SHUPE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC; BANK OF AMERICA, N.A.; U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF BANC OF AMERICA FUNDING CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-B; and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this Complaint averse to Plaintiffs' title thereto; and DOES 1 through 25, inclusive,<br><br>Defendants.<br>_____ | Case No.: 2:16-cv-01221-MCE-CMK<br><br>**ORDER GRANTING JOINT STIPULATION TO ALLOW PLAINTIFFS TO FILE VERIFIED SECOND AMENDED COMPLAINT** |

///

///

1

**ORDER GRANTING JOINT STIPULATION TO
ALLOW PLAINTIFFS TO FILE VERIFIED SECOND AMENDED COMPLAINT**

FOR GOOD CAUSE SHOWN, the Joint Stipulation to allow Plaintiffs to file a Verified Second Amended Complaint is hereby GRANTED.

Plaintiffs shall file their Verified Second Amended Complaint on or before September 12, 2016.

Defendants' shall respond to the Plaintiffs' Verified Second Amended Complaint on or before October 3, 2016.

IT IS SO ORDERED.

Dated: August 16, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE